NOT RECOMMENDED FOR PUBLICATION
File Name: 23a0255n.06

Case No. 22-5952

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**
Jun 05, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| MARYVILLE BAPTIST CHURCH; DOCTOR JACK ROBERTS, <br><br>     Plaintiffs-Appellants, <br><br> v. <br><br> ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky, <br><br>     Defendant-Appellee. | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY <br><br> OPINION |

Before: SUTTON, Chief Judge; McKEAGUE and NALBANDIAN, Circuit Judges.

PER CURIAM. Maryville Baptist Church received a preliminary injunction against Kentucky Governor Andy Beshear's COVID-19 restrictions on religious gatherings. As time passed and the pandemic waned, the case became moot. The Church nevertheless claimed the status of "prevailing party" and sought attorney's fees. 42 U.S.C. § 1988(b). The district court denied the motion, and the Church appeals.

During the pendency of the appeal we decided another prevailing-party case, *Roberts v. Neace*, 65 F.4th 280 (6th Cir. 2023). *Roberts* addressed Beshear's COVID-19 restrictions, preliminary injunctions, mootness, and attendance at Maryville Baptist Church—all features of this case. We vacate and remand for the district court to apply *Roberts* in the first instance.